**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 17-cr-** |
| **v.** | : | **VIOLATION:** |
| **BETHANNE MOSKOV** | : | **18 U.S.C. § 371 (Conspiracy to Defraud the United States)** |
| **Defendant.** | : | |
| | : | **18 U.S.C. § 1001(a)(2) (False Statements to Law Enforcement)** |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**
**(Conspiracy to Defraud the United States)**

At times relevant to the Information,

**Introduction**

1. The United States Agency for International Development ("USAID") was an independent federal government agency that received foreign policy guidance from the Secretary of State. USAID served as the principal federal agency to extend humanitarian assistance to foreign countries. The agency's headquarters was located at 1300 Pennsylvania Avenue, N.W., Washington, D.C.

2. Defendant BethAnne Moskov was a public official. From July 2012 through August 2016, Defendant Moskov was the USAID Deputy Director for the Office of Health, Infectious Disease, and Nutrition within the Bureau for Global Health. Her office was located at USAID headquarters.

3. Co-Conspirator A worked as a consultant for various international development projects for USAID, non-governmental organizations, and the private sector. Co-Conspirator A was a close personal friend of Defendant Moskov.

**The Consultancy Contract**

4. In June 2014, Defendant Moskov inquired within USAID about utilizing a blanket purchase agreement mechanism to hire Co-Conspirator A as a consultant for an obstetric fistula program. Defendant Moskov was the approving and selecting official for the consulting contract. The person selected for the contract would report to Defendant Moskov.

5. On June 20, 2014, a USAID program assistant, at the direction of Defendant Moskov, emailed the scope of work ("SOW") document for the consultancy to Co-Conspirator A with a copy to Defendant Moskov. The program assistant asked Co-Conspirator A to supply a budget on the proposed level of effort "based on your conversations with BethAnne."

6. On June 24, 2014, the USAID program assistant, at the direction of Defendant Moskov, emailed the instructions and document templates for hiring a consultant under the blanket purchase agreement to Co-Conspirator A and Defendant Moskov. The six document templates provided in the email were: Advertisement Template, Selection Memo Template, Project Order Time & Materials Template, Budget Template Time & Materials, Project Order Fixed Price Template, and Budget Template Fixed Price. In the email, the program assistant informed Co-Conspirator A that the attached documents included "the information required to post the job vacancy." The program assistant asked Co-Conspirator A if Co-Conspirator A was "able to provide the necessary information to BethAnne so we can have this posted asap?"

7. Approximately seven minutes after Defendant Moskov received the June 24, 2014 email with the instructions and document templates from the program assistant, Defendant Moskov

emailed Co-Conspirator A from her government email account. Defendant Moskov wrote, "Thanks darlin - we need to jump thru a few hoops and will go through the motions but you will [sic] selected in the job - any time you spend putting this together add it as days to your consultancy . . . thanks peaches."

8. On June 26, 2014, the program assistant emailed the posted job vacancy announcement to Defendant Moskov and Co-Conspirator A. On that same day, Defendant Moskov replied to the program assistant's email solely to Co-Conspirator A. In the email, Defendant Moskov wrote, "Sorry you have to go thru these extra steps . . . It's just posted a week. Once you submit everything we will turn it Around [sic] fast to get you on board!!!! . . . Let's talk over the weekend!!! Love you!!!!"

9. On July 5, 2014, Co-Conspirator A sent an e-mail to Defendant Moskov's personal account with the subject line "Consultancy Documents." In the email, Co-Conspirator A attached the Advertisement, Selection Memo, Project Order Time & Materials, and Budget Time & Materials for the consulting contract. Co-Conspirator A explained that Co-Conspirator A had either completed the documents or completed them "to the best of [Co-Conspirator A's] ability."

10. On July 14, 2014, Co-Conspirator A forwarded the July 5, 2014 email to Defendant Moskov's government email account. In the email, Co-Conspirator A wrote "Here they Are!"

11. On July 17, 2014, Defendant Moskov prepared a final Selection Memo in which Co-Conspirator A was named as the "best consultant to fill the project order." The Selection Memo included language taken verbatim from the following sections of Co-Conspirator A's version: Project Order Background, Estimated Time Required, Cost Pricing Requirement, and Selection Criteria. In "Figure 1: Technical Evaluation Criteria," Defendant Moskov left unchanged the actual numerical scoring system values and expertise descriptions first filled out by

Co-Conspirator A. This scoring system was used to rank the top three candidates to be evaluated. In "Figure 2: Final Scores," Co-Conspirator A gave Co-Conspirator A a total score of 88, the second place candidate 81, and the third place candidate 70. In the final version of the document, Co-Conspirator A's total score was increased from 88 to 89, the second place candidate's score was increased from 81 to 84, and the third place candidate's score was decreased from 70 to 50. The Comments section of the final version describing Co-Conspirator A's technical expertise tracked the language verbatim from Co-Conspirator A's version. Co-Conspirator A's version did not include any comments for the expertise section for the second and third place candidates. The final version contained two negative remarks each for the second and third place candidates.

12. On July 22, 2014, Defendant Moskov e-mailed the final version of the budget spreadsheet, project order document, and the selection memo to the USAID contracting officer's representative ("COR").

13. On July 22, 2014, Defendant Moskov sent an e-mail to Co-Conspirator A informing Co-Conspirator A about a protest of the contract.

14. On July 31, 2014, Co-Conspirator A sent an email to Defendant Moskov. Co-Conspirator A attached a revised project order. In the email, Co-Conspirator A advised Defendant Moskov that, "I have changed the dates on the PO attached to match the dates I can come to DC. The budget looks the same with the addition of lodging. I will probably not use this as I prefer to stay at my friend's house." The "friend" referenced in the email was Defendant Moskov.

15. On August 1, 2014, the consulting company that held the service contract for payroll, travel, and incidental costs associated with consultants hired under the blanket purchase agreement, informed Co-Conspirator A that Co-Conspirator A had been selected for the consulting contract.

16. On August 22, 2014, Co-Conspirator A emailed an initial invoice for Co-Conspirator A's consulting work to Defendant Moskov for her signature.

17. On September 8, 2014, Defendant Moskov emailed the invoice with her signature to Co-Conspirator A.

18. On October 20, 2014, Co-Conspirator A emailed a second invoice to Defendant Moskov for her signature.

**The Conspiracy**

19. From on or about June 2014, and continuing thereafter until on or about October 2014, in the District of Columbia and elsewhere, Defendant Moskov and Co-Conspirator A, knowingly and willfully conspired together and with each other to defraud the United States of and concerning its governmental functions and rights, hereafter described, that is:

of and concerning its right to the conscientious, loyal, faithful, disinterested, and unbiased services, decisions, actions, and performance of Defendant Moskov's duties in her official capacity as a public official free from corruption, partiality, improper influence, bias, dishonesty, and fraud in the selection of a USAID consultant.

**Goals of the Conspiracy**

20. The goals of the conspiracy, among others, were:

for Defendant Moskov to assist and enrich Co-Conspirator A, her close personal friend, through the awarding of a USAID consultancy contract.

**Manner and Means of the Conspiracy**

21. The manner and means used to the accomplish the goals of the conspiracy included, among others, the following:

it was a part of the conspiracy that Defendant Moskov abandoned her role as a conscientious, loyal, faithful, disinterested, and unbiased public official and undermined the integrity and fairness of the bidding process for the consultancy contract by: (1) determining that she would award the consultancy contract to Co-Conspirator A before the contract was even advertised; (2) providing the instructions and document templates for hiring a consultant under the blanket purchase agreement to Co-Conspirator A; (3) permitting Co-Conspirator A to prepare drafts of the USAID consultancy documents, including a Selection Memo identifying Co-Conspirator A as the best consultant for the project; (4) using the substance of Co-Conspirator A's draft consultancy documents as the written basis for her official decision on behalf of USAID to award the contract to Co-Conspirator A; and (5) approving payments under the consultancy contract to Co-Conspirator A.

**Overt Acts**

22. The following overt acts in furtherance of the conspiracy were committed in the District of Columbia by one of the conspirators:

a. On July 5, 2014, Co-Conspirator A sent the following email to Defendant Moskov's personal account:

> Hon,
>
> Here are the four docs that you will need to submit for the consultancy. Below is [the COR's] instructions on how to submit them, pay for them, etc. There are a few permissions they need to get.
>
> Here's a brief description of each doc:
>
> 1) A Advertisement POS 20059 - done, no need to edit this
>
> 2) B Selection Memo POS 20059 - I have done this to the best of my ability. You need to fill out a few sections at the bottom that I have prepared for you. They are the other candidate's quals as well as the scoring matrix. Everything I filled out is in RED, so please go through and double check. There are comments in the

comment field, so make sure to delete them as they have my name on them.

3) C Project Order Time & Materials POS 20059 - I have completed this to the best of my ability, please review. The budget is done in form D below.

4) D Budget Time & Materials POS 20059 - This is the budget that should go into C above. I have completed it to the best of my ability. The only issue is that it only has international travel and not local, so I put $600 for two trips in the international travel line item. I don't know if this fits well, so you might have to ask them.

That's it, babes. I think I've done all I can at this point, but am happy to do whatever else is needed.

Safe trip, my dear. Can't wait to have the kids all to myself!

XOXO

Me

b. On July 22, 2014, Defendant Moskov sent the following email to Co-Conspirator A from her government email account informing Co-Conspirator A about a protest of the contract selection:

Hey darlin... so here is the [selection] memo I sent in for your information - basically what happened - one of the applicants - an MD from Pakistan wanted to "protest" as since when he found out he wasn't selected (that within itself explains why he wasn't selected) - anyway it required me to go through all the applications - and write a justification as to why I didnt [sic] short list them . . . the remaining 6 were mostly foreign docs with no appropriate experience . . . they apply to everything which comes out. so it held us up for a few days . . . I am sorry about that . . .

I do not have an e-mail from [the COR] yet - but I did e-mail her again asking her status and time frame . . . . also reminding her of the urgency etc. will monitor closely and keep you informed!

all will be well!

man I am really really missing everyone!!! need to get down to see you!!!!!

OK so it is 8:30 here which means 1:30 am - the no e-mail access at the apartment I am staying at is killing me. If I havent [sic] heard anything from [the COR] before I leave today - I will call her tonight and see what the status of things are an how quickly we can move on this . . .

THanks [sic] babe!!!!

XOXOXO
BA

PS - how is the Russian house closing going????

PSS - all the other attachments changed very little so i [sic] have not included them here unless you want them . . . thanks!

**(Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371)**

**COUNT TWO**
**(False Statements to Law Enforcement)**

23. Paragraphs 1 through 3 of this Information are realleged as if fully set forth herein.

24. On May 3, 2012, Defendant Moskov sent an e-mail to Co-Conspirator A in which she asked to borrow $7,000. Defendant Moskov stated that she needed the funds to pay down her credit cards so she could qualify for a lower interest rate on her mortgage.

25. Co-Conspirator A agreed to loan the funds. On May 10, 2012, Co-Conspirator A wired $7,100 to Moskov.

26. Defendant Moskov never repaid the $7,100 that Co-Conspirator A wired to her.

27. On December 2, 2015, in the District of Columbia, Defendant Moskov did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, when she stated to U.S. Agency for International Development Office of Inspector General Special Agents that she had repaid the $7,100 loan from Co-Conspirator A in full when she knew that she had not repaid any of the $7,100 to Co-Conspirator A.

**(False Statements to Law Enforcement, in violation of Title 18, United States Code, Section 1001(a)(2))**

CHANNING D. PHILLIPS
United States Attorney
for the District of Columbia

By: ______________________________
ANTHONY D. SALER
D.C. Bar No. 448254
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
202.252.6971
Anthony.Saler@usdoj.gov